# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE FIRST CIRCUIT

---

**BAP NO. MW 26-003**

---

**Bankruptcy Case No. 23-40709-CJP**

---

**WESTBOROUGH SPE LLC,**
**Debtor.**

---

**LOLONYON AKOUETE,**
**Appellant.**

---

**MANDATE**
Entered: October 20, 2026

In accordance with the Judgment of March 20, 2026, this constitutes the formal mandate of this Court. See Fed. R. App. 41(a); 1st Cir. BAP L.R. 8026-1(b).

FOR THE PANEL:

By: /s/ Arielle B. Adler
Arielle B. Adler, Clerk

cc:
By email: Hon. Christopher J. Panos; Lolonyon Akouete
By U.S. mail: Westborough SPE LLC
By CM/ECF: Clerk, U.S. Court of Appeals for the First Circuit; Christine Devine, Esq.; Jonathan Goldsmith, Esq.; Angelina M. Savoia, Esq.; Richard King, Esq.